UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
656 HERMITAGE CIRCLE, LLC,

                         Plaintiff,

                    22 Civ. 571 (LGS)

-against-

                    ORDER

DAVID T. WALLACH, et al.,

                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the pre-motion conference scheduled for August 3, 2022, at 4:20 P.M., is adjourned to **August 3, 2022, at 5:20 P.M.**

Dated: August 2, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**