UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
656 HERMITAGE CIRCLE, LLC,

                    Plaintiff,

-against-                                    22 **CIVIL** 571 (LGS)

                                                **JUDGMENT**

DAVID T. WALLACH, et al.,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 17, 2023, Defendants' motion for judgment on the pleadings is GRANTED. Because the guarantee that Plaintiff seeks to enforce has been discharged, any amendment would be futile, and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       February 21, 2023

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                               **Clerk of Court**

                              **BY:**   *K. Mango*

                                                               _____
                                                               **Deputy Clerk**